

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

Francis J. Terranova aka Frank Terranova
Aka Francis John Terranova
148 North Street
Hamburg, NY 14075

        Defendant.          11-CV-282S

---

FILED MAY 24 2011
MICHAEL J. ROEMER, CLERK
WESTERN DISTRICT OF NY

## JUDGMENT BY DEFAULT

    Defendant, Francis J. Terranova aka Frank Terranova aka Francis John Terranova, was served with the Summons and Complaint in this action on or about 4/7/2011 and the time for defendant to appear, answer or move against the Complaint has expired without an appearance by defendant; accordingly, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and Rule 55 of the Local Rules of Practice of the United States District Court for the Western District of New York, it is hereby

    ADJUDGED that the United States of America recover from defendant the sum of $10,158.35, the amount claimed with

interest through May 5, 2011, together with $40 in costs and process service in the amount of $55.00 amounting in all to $10,253.35, plus interest on the judgment from the date of entry at the legal rate computed daily and compounded annually until paid in full, and that the plaintiff have execution therefore.

_____
MICHAEL J. ROEMER
Clerk of the Court
United States District Court


JUDGMENT ENTERED THIS 25th DAY OF May, 2011.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

v.

Francis J. Terranova aka Frank Terranova
Aka Francis John Terranova

                Defendant.           11-CV-282S

**STATEMENT OF AMOUNT DUE**

STATE OF NEW YORK   )
                              ) ss:
COUNTY OF MONROE    )

    Gerald N. Murphy, being duly sworn, deposes and says upon information and belief as follows:

    1. I am a partner with the law firm Forsyth, Howe, O'Dwyer, Kalb & Murphy, P.C., located at One Chase Square, Suite 1900, Rochester, NY, and I am counsel of record in this action.

    2. The amount due in this action is:

| | |
|---|---:|
| Amount demanded in complaint | $10,079.91 |
| Interest from 12/8/2010 to 05/5/2011 At a daily rate of $0.07 on Principal amount of $784.07 for 148 days | $ 10.36 |
| Interest from 12/8/2010 to 05/5/2011 At a daily rate of $0.46 on Principal amount of $6,792.20 for 148 days | $ 68.08 |
| Subtotal | $10,158.35 |

**Costs by Statute:**

| | |
|---|---|
| Filing Abstract of Judgment | $ 40.00 |
| Subtotal | $ 10,158.35 |
| Process Service of Summons and Complaint | $ 55.00 |
| GRAND TOTAL | $10,253.35 |
| Less Amount Paid | 0.00 |
| **AMOUNT DUE** | **$10,253.35** |

3. This action was filed on or about 3/29/2011. Proof of service documents duly filed in the docket of this case show that defendant was served with the Summons and Complaint in this action more than twenty (20) days ago, that defendant is not in military service, or an infant or incompetent.

4. Defendant did not answer or otherwise appear in the above-entitled action and time to do so has lapsed.

5. Pursuant to Federal Rule 55(a) of the Federal Rules of Civil Procedure, the Clerk of the Court entered a Certificate of the Entry of Default against the defendant, Francis J. Terranova a/k/a Frank Terranova a/k/a Francis John Terranova, on 5/2/2011. A copy of said Certificate is attached hereto as Exhibit A.

6. Upon information and belief, the amount of $10,253.35 is justly due and owing to the United States and no part of it has been paid.

7. The costs set forth in this affidavit and sought to be taxed to defendant have been incurred or will necessarily be made or incurred.

DATED: Rochester, New York    May 5, 2011

S/Gerald N. Murphy

FORSYTH, HOWE, O'DWYER,
KALB & MURPHY, P.C.
One Chase Square, Suite 1900
Rochester, NY 14604
(585) 325-7515
Fax: (585) 325-6287
Email: Murphy@forsythhowe.com

Sworn to and subscribed before me this 5th day of May 2011.

*Laurie E Kent*
Notary Public

LAURIE E. KENT
Notary Public, State of New York
No. 01KE6006036
Qualified in Monroe County
Commission Expires 4/21/14

**EXHIBIT A**

United States District Court
Western District of New York

United States of America          Plaintiff

Case No.: 11-CV-282

V.

Francis J. Terranova          Defendant(s)
also known as Frank Terranova
also known as Francis John Terranova

### ENTRY OF DEFAULT

IT APPEARING THAT DEFENDANT(S)

Francis J. Terranova
also known as Frank Terranova
also known as Francis John Terranova

ARE (IS) IN DEFAULT FOR FAILURE TO APPEAR OR OTHERWISE DEFEND AS REQUIRED BY LAW.  DEFAULT IS HEREBY ENTERED AS AGAINST SAID DEFENDANT(S) ON THIS 2nd DAY OF May, 2011.

MICHAEL J. ROEMER, CLERK

By: s/ Diane Radloff
Deputy Clerk